UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1<br>3322 West End Avenue, Suite 720<br>Nashville, TN 37203<br><br>BAPTIST HOSPITAL<br>2000 Church Street<br>Nashville, TN 37236<br><br>BLOUNT MEMORIAL HOSPITAL<br>907 East Lamar Alexander Parkway<br>Maryville, TN 37804<br><br>COOKEVILLE REGIONAL MEDICAL CENTER<br>142 W. 5th Street<br>Cookeville, TN 38501<br><br>ERLANGER HEALTH SYSTEM<br>975 East Third Street<br>Chattanooga, TN 37403<br><br>FORT SANDERS LOUDON MEDICAL CENTER<br>1125 Grove Street<br>Loudon, TN 37774<br><br>FORT SANDERS PARKWEST MEDICAL CENTER<br>9352 Park West Boulevard<br>Knoxville, TN 37923<br><br>FORT SANDERS REGIONAL MEDICAL CENTER<br>1901 Clinch Avenue SW<br>Knoxville, TN 37916<br><br>GATEWAY HEALTH SYSTEM<br>1771 Madison Street<br>Clarksville, TN 37043<br><br>HENRY COUNTY MEDICAL CENTER<br>301 Tyson Avenue<br>Paris, TN 38242 | Case No: |

| | |
|---|---|
| JACKSON-MADISON COUNTY GENERAL HOSPITAL<br>708 West Forest Avenue<br>Jackson, TN 38310 | : |
| JOHNSON CITY HOSPITAL MEDICAL CENTER<br>400 North State of Franklin Road<br>Johnson City, TN 37604 | : |
| LAUGHLIN MEMORIAL HOSPITAL<br>1420 Tusculum Boulevard<br>Greeneville, TN 37745 | : |
| METHODIST MEDICAL CENTER OF OAK RIDGE<br>990 Oak Ridge Turnpike<br>Oak Ridge, TN 37831 | : |
| MIDDLE TENNESSEE MEDICAL CENTER<br>400 N. Highland Avenue<br>Murfreesboro, TN 37133 | : |
| MORRISTOWN – HAMBLEM HEALTHCARE SYSTEM<br>908 West Fourth North Street<br>Morristown, TN 37814 | : |
| REGIONAL MEDICAL CENTER AT MEMPHIS<br>877 Jefferson Avenue<br>Memphis, TN 38103 | : |
| ST. MARY'S HEALTH SYSTEM<br>900 E. Oak Hill Avenue<br>Knoxville, TN 37917 | : |
| ST. THOMAS HOSPITAL<br>4220 Harding Road<br>Nashville, TN, 37205 | : |
| UNIVERSITY OF TENNESSEE MEDICAL CENTER<br>1924 Alcoa Highway<br>Knoxville, TN 37920 | : |

| | |
|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER<br>21st Avenue South & Garland Street<br>Nashville, TN 37232<br><br>WELLMONT BRISTOL REGIONAL MEDICAL CENTER<br>1 Medical Park Boulevard<br>Bristol, TN 37620<br><br>WELLMONT HOLSTON VALLEY MEDICAL CENTER<br>130 Ravine Road<br>Kingsport, TN 37662<br><br>WILLIAMSON MEDICAL CENTER<br>2021 Carothers Road<br>Franklin, Tennessee 37067<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>    Defendant.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## LCvR 26.1 CERTIFICATE OF
## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

  I, Jacqueline E. Bennett, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the Plaintiffs, which has outstanding securities in the hands of the public.

  These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

*/s/ Jacqueline E. Bennett*

Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  January 13, 2006