**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

_____
                                                    )
BH1, et al.,                                        )
                                                    )
            Plaintiffs                              )
                                                    )
        v.                                          )
                                                    )        Case No.: 1:06-cv-00070 (JR)
MICHAEL O. LEAVITT,                                 )
Secretary, United States Department of              )
Health And Human Services                           )
            Defendant                               )
_____)

**PROOF OF SERVICE**


        I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers to be delivered via United States certified mail to:


                Alberto R. Gonzales
                Attorney General of the United States
                Department of Justice
                950 Pennsylvania Avenue, SW
                Washington, D.C. 20530
                SERVED:  January 25, 2006


        Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

- 2 -

Respectfully submitted,


_/s/ Murray J. Klein_____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com


Dated:  February 8, 2006