| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    *Ernest L. Peck* | B. Date of Delivery |
| | C. Signature<br>X    JAN 2 5 2006 | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. Alberto R. Gonzales<br>Attorney General of the United States<br>Department of Justice<br>950 Pennsylvania Avenue, SW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| 2. Article Number *(Copy from service label)* | 7003 1680 0004 6166 5605 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |