**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

_____
                                            )
BH1, et al.,                                )
                                            )
             Plaintiffs                     )
                                            )
             v.                             )
                                            )          Case No.: 1:06-cv-00070 (JR)
MICHAEL O. LEAVITT,                         )
Secretary, United States Department of      )
Health And Human Services                   )
             Defendant                      )
_____)


**<u>PROOF OF SERVICE</u>**


       I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers to be delivered via United States certified mail to:


             Kenneth L. Wainstein
             United States Attorney
             Department of Justice
             555 4th Street, NW
             Washington, D.C. 20530
             SERVED:  January 25, 2006


       Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

Respectfully submitted,


_/s/ Murray J. Klein_____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  February 8, 2006