| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br><br>C. Signature    *Kenneth Parks*<br>X                              ☐ Agent<br>   JAN 25 2006          ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:     ☐ No |
| 1. Article Addressed to:<br><br>Mr. Kenneth L. Wainstein<br>United States Attorney<br>Department of Justice<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | 3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7003 1680 0004 6166 5582 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |