UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                            )
BH1, et al.,                                )
                                            )
        Plaintiffs                          )
                                            )
    v.                                      )
                                            )   Case No.: 1:06-cv-00070 (JR)
MICHAEL O. LEAVITT,                         )
Secretary, United States Department of      )
Health And Human Services                   )
        Defendant                           )
_____)


**PROOF OF SERVICE**


  I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

    Michael O. Leavitt
    United States Department of
    Health and Human Services
    200 Independence Ave., SW
    Washington, D.C. 20201
    SERVED:  January 25, 2006

  Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

  Attached hereto as Exhibit B is a copy of the United States Postal Service "Track & Confirm" screen, indicating that the Summons, Complaint, and related papers were delivered at 6:52 a.m. on January 25, 2006.  Due to an inadvertent error on the part of the Postal Service, the

- 2 -

actual Return Receipt (Exhibit A) was not stamped with the date of service.  However, Exhibit B demonstrates that the package was delivered on January 25th.

      Respectfully submitted,

      _/s/ Murray J. Klein____
      Murray J. Klein
      DC Bar #492415
      Jacqueline E. Bennett
      DC Bar #474355
      **REED SMITH LLP**
      1301 K Street, N.W.
      Suite 1100 – East Tower
      Washington, DC  20005
      (202) 414-9200
      (202) 414-9299 facsimile
      JBennett@ReedSmith.com

Dated:  February 8, 2006