| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br><br>C. Signature<br>X                                      ☐ Agent<br>                                          ☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. Michael O. Leavitt<br>United States Department of<br>Health and Human Services<br>200 Independence Ave., SW<br>Washington, DC 20201 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*           ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 1680 0004 6166 5599 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952