Case 1:06-cv-00070-JR  Document 5-3  Filed 02/08/2006  Page 1 of 1



Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7003 1680 0004 6166 5599**
Status: **Delivered**

Your item was delivered at 6:52 am on January 25, 2006 in WASHINGTON, DC 20201.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >


**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy