# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 06-0070 (JR) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary of Health | ) |
| and Human Services, | ) |
| 200 Independence Avenue, S.W. | ) |
| Washington, D.C. 20201, | ) |
| | ) |
| Defendant. | ) |

## **PRAECIPE**

The Clerk will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for Defendant in the above captioned case.

Respectfully submitted,

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372