UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BH1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-0070 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health | ) | |
| and Human Services, | ) | |
| 200 Independence Avenue, S.W. | ) | |
| Washington, D.C. 20201, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time and for Entry of Briefing Schedule.

It is ORDERED THAT: Defendant's answer or dispositive motion is due by April 26, 2006; Plaintiff's Opposition to Defendant's Answer/Motion is due May 26, 2006; and Defendant's Reply to Plaintiff's Opposition is due June 16, 2006.

DATED:

_____
UNITED STATES DISTRICT JUDGE