IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BH1, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:06-0070 (JR) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health & Humans Services | ) | |
| 200 Independence Ave., S.W. | ) | |
| Washington, D.C. 20201 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendant's motion for Enlargement of Time to file it's answer or dispositive motion and enters the following schedule:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 26, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | June 26, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 17, 2006 |

DATED:

_____
UNITED STATES DISTRICT JUDGE