IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health & Humans Services<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>      Defendant. | Civ. Action No. 1:06cv0070 (JR) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A
DISPOSITIVE MOTION OR ANSWER**

Defendant the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully moves this Court for a 14 day enlargement of time in which to file a dispositive motion or answer, until and including June 9, 2006.

Good cause exists for this Motion. Further consultation and review is required regarding defendant's dispositive motion. Accordingly, the 14 days sought by defendant are necessary for defendant to prepare his dispositive motion or answer.

Under the revised scheduling Order, the Court established the following deadlines:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 26, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | June 26, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 17, 2006 |

This Motion would alter the deadlines as follows:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | June 9, 2006 |

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion/Answer | July 10, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | July 31, 2006 |

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiffs on May 24, 2006. Counsel for plaintiffs stated that plaintiffs do not oppose the relief sought in this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


/s/
PETER S. SMITH
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services