IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06-0070 (JR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary of Health & Humans Services ) | |
| 200 Independence Ave., S.W. ) | |
| Washington, D.C. 20201 ) | |
| ) | |
| Defendant. ) | |

ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendant's motion for Enlargement of Time to file its answer or dispositive motion and enters the following schedule:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | June 9, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | July 10, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 31, 2006 |

DATED:

_____
UNITED STATES DISTRICT JUDGE