UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., | ) |
|     Plaintiffs | ) |
| v. | ) |
| | ) Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT, | ) |
| Secretary, United States Department of Health And Human Services | ) |
|     Defendant | ) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by counsel and pursuant to Fed. R. Civ. P. 56 and LCvR 56.1, move this Court for judgment in their favor. Plaintiffs seek mandamus relief ordering the defendant, the Secretary of the United States Department of Health and Human Services, to reopen all of the Plaintiffs' cost reports that were the subject of NPRs issued in the three years prior to January 20, 2000, such that "waiver days" under Tennessee's section 1115 waiver program are included in the Medicare Disproportionate Share Hospital ("DSH") calculation. Such reopening is mandatory pursuant to 42 C.F.R. § 405.1885(b).

In further support of this Motion, the Plaintiffs respectfully refer the Court to their accompanying Memorandum of Points and Authorities, incorporated herein by reference.

WHEREFORE, the Plaintiffs ask that their Motion for Summary Judgment be granted.

- 2 -

        Respectfully submitted,


        _/s/ Jacqueline E. Bennett_____
        Murray J. Klein
        DC Bar #492415
        Jacqueline E. Bennett
        DC Bar #474355
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC  20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com

Dated:  June 6, 2006