UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                        )
BH1, et al.,                            )
                                        )
         Plaintiffs                     )
         v.                             )
                                        )   Case No.: 1:06-cv-00070 (JR)
MICHAEL O. LEAVITT,                     )
Secretary, United States Department of  )
Health And Human Services               )
                                        )
         Defendant                      )
_____)

## **ORDER**

Upon consideration of the Plaintiffs' Motion for Summary Judgment, and the opposition thereto, it is hereby ORDERED that the Plaintiffs' Motion be granted and that judgment enter in their favor, and it is further ORDERED that the Defendant shall order a reopening of all cost reports that were the subject of NPRs issued to the Plaintiffs in the three years prior to January 20, 2000 in order to include section 1115 waiver days under Tennessee's TennCare program in the Medicare Disproportionate Share Hospital ("DSH") calculation for each such cost report year for each Plaintiff.

Date: _____                    _____
                                   United States District Judge