IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al.<br><br>     Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health & Humans Services<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>     Defendant. | Civ. Action No. 1:06cv0070 (JR) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant, the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time in which to respond to plaintiffs' motion for summary judgment, until and including July 20, 2006.

Good cause exists for this Motion. On June 6, 2006, plaintiffs filed a motion for summary judgment prior to defendant's answer deadline. Document No. 10. Defendant's response to plaintiffs' motion is due by June 20, 2006. On June 9, 2006, defendant moved to dismiss plaintiffs' complaint. Document No. 11. Defendant will need time for further consultation and review in order to assess plaintiffs' June 6, 2006, motion for summary judgment in light of defendant's motion to dismiss, which was filed on June 9, 2006, before filing an opposition to that motion.

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiffs on June 19, 2006. Counsel for plaintiffs stated that plaintiffs do not oppose the relief sought in this motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____
PETER S. SMITH
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780


_____
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Div.
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services