UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                            )
BH1, et al.,                                )
                                            )
         Plaintiffs                         )
         v.                                 )
                                            )    Case No.: 1:06-cv-00070 (JR)
MICHAEL O. LEAVITT,                         )
Secretary, United States Department of      )
Health And Human Services                   )
                                            )
         Defendant                          )
_____)


**PLAINTIFFS' UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

   Plaintiffs, by counsel, move this Court for a 30 day enlargement of time of the briefing schedule previously entered by the Court, and in support thereof state the following:

   1.   On May 30, 2006, this Court entered an Order establishing the following deadlines for the defendant's response to the Complaint filed by plaintiffs:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | June 9, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/ Answer | July 10, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 31, 2006 |

   2.   On or about June 9, 2006, the defendant filed his motion to dismiss the Complaint, along with a 24-page supporting memorandum.

   3.   Good cause exists for this Motion for Modification of Briefing Schedule. Plaintiffs require additional time to review Defendant's dispositive motion and prepare an opposition.

   4.   Plaintiffs seek to modify the existing briefing schedule by extending the remaining deadlines by 30 days such that the new deadlines will be the following:

- 2 -

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | August 9, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | August 30, 2006 |

5. Pursuant to Local Rule 7(m), plaintiffs' counsel has conferred with the defendant's counsel, who has advised that defendant does not oppose the relief being sought.

WHEREFORE, plaintiffs ask that their Motion for Modification of Briefing Schedule be granted.

Respectfully submitted,

_/s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  June 23, 2006