UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., )<br>)<br>Plaintiffs )<br>v. )<br>) <br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant ) | Case No.: 1:06-cv-00070 (JR) |

## **ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for Modification of Briefing Schedule, it is hereby ORDERED that the Plaintiffs' Motion be granted and that the briefing schedule is modified as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | August 9, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | August 30, 2006 |

Date: _____                    _____
                                    United States District Judge