IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BH1, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:06cv0070 (JR) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health & Humans Services | ) | |
| 200 Independence Ave., S.W. | ) | |
| Washington, D.C. 20201 | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant, the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time in which to respond to plaintiffs' motion for summary judgment, until and including August 21, 2006.

Good cause exists for this Motion. On June 6, 2006, plaintiffs filed a motion for summary judgment prior to defendant's answer deadline. Document No. 10. On June 9, 2006, defendant moved to dismiss plaintiffs' complaint. Document No. 11. Defendant needs additional time for further consultation and review in order to assess plaintiffs' motion for summary judgment in light of defendant's motion to dismiss, before filing an opposition to plaintiffs' motion for summary judgment. In addition, the undersigned agency counsel will be out of the office until July 24, 2006.

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiffs on July 17, 2006. Counsel for plaintiffs stated that plaintiffs do not oppose the relief sought in this motion.

Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


    /s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services