# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health & Humans Services )<br>200 Independence Ave., S.W. )<br>Washington, D.C. 20201 )<br>)<br>    Defendant. )<br>_____) | Civ. Action No. 1:06-0070 (JR) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is this _____ day of July, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Motion for Summary Judgment on or before August 21, 2006.

Dated:_____       _____
                                                          UNITED STATES DISTRICT JUDGE