UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL MODIFICATION OF BRIEFING SCHEDULE**

Plaintiffs, by counsel, move this Court for a 15 day enlargement of time of the briefing schedule previously entered by the Court, and in support thereof state the following:

1. On or about June 9, 2006, the defendant filed his motion to dismiss the Complaint, along with a 24-page supporting memorandum.

2. Plaintiffs, with the consent of defendant's counsel, filed a motion seeking to modify the existing briefing schedule. On June 27, 2006, the Court entered an order granting the plaintiffs' motion and entering a new schedule as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | August 9, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | August 30, 2006 |

3. Plaintiffs now seek to extend the briefing schedule for an additional 15 days. Good cause exists for this Motion, including a change of staffing of this matter in plaintiffs' counsel's office.

- 2 -

4.  Plaintiffs seek to modify the existing briefing schedule by extending the remaining deadlines by 15 days such that the new deadlines will be the following:

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | August 24, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | September 14, 2006 |

5.  Pursuant to Local Rule 7(m), plaintiffs' counsel has conferred with the defendant's counsel, who has advised that defendant does not oppose the relief being sought.

WHEREFORE, plaintiffs ask that their Motion for Additional Modification of Briefing Schedule be granted.

Respectfully submitted,

_/s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  August 3, 2006