UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BH1, et al., ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant ) | |

## **ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for Additional Modification of Briefing Schedule, it is hereby ORDERED that the Plaintiffs' Motion be granted and that the briefing schedule is modified as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | August 24, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | September 14, 2006 |

Date: _____                    _____
                                    United States District Judge