IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BH1, et al.                                        )
                                                   )
          Plaintiffs,                              )
                                                   )
          v.                                       )          Civ. Action No. 1:06cv0070 (JR)
                                                   )
MICHAEL O. LEAVITT,                                )
Secretary of Health and Human Services             )
200 Independence Ave., S.W.                         )
Washington, D.C. 20201                              )
                                                   )
          Defendant.                               )
_____            )

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant, the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of

Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully

moves this Court for a thirty-day enlargement of time in which to respond to plaintiffs' motion

for summary judgment, until and including September 20, 2006.

Good cause exists for this Motion. On June 6, 2006, plaintiffs filed a motion for

summary judgment prior to defendant's answer deadline. Document No. 10. On June 9, 2006,

defendant moved to dismiss plaintiffs' complaint. Document No. 11. Counsel for plaintiffs and

counsel for Defendant have conferred and anticipate filing in the very near future a joint motion

to stay the proceedings. Accordingly, to the extent the motion to stay is pending, an enlargement

of time for defendant's response to plaintiffs' motion for summary judgment is appropriate. If

the motion to stay the proceedings is granted, then the briefing on plaintiffs' motion for summary

judgment will be stayed.

In addition, one counsel for defendant will be out of the office until August 21, 2006, and

another counsel for defendant will be out of the office from August 16 through August 27, 2006.

Pursuant to Local Rule 7(m), counsel for defendant conferred with counsel for plaintiffs

on August 11, 2006.  Counsel for plaintiffs stated that plaintiffs do not oppose the relief sought in

this motion.

Respectfully submitted,

       /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


       /s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C.  20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services