## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>    Defendant. | Civ. Action No. 1:06-0070 (JR) |

### ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is this _____ day of August, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Motion for Summary Judgment on or before September 20, 2006 (unless the case is stayed).

Dated:_____       _____
                                                                                  UNITED STATES DISTRICT JUDGE