UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., )<br>)<br>　　　Plaintiffs )<br>　　　v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>　　　Defendant ) | Case No.: 1:06-cv-00070 (JR) |

## JOINT MOTION FOR STAY OF PROCEEDINGS

　　　Plaintiffs and Defendant respectfully move the Court for an order staying all proceedings in the above-captioned action pending final resolution of a previously filed motion raising a number of identical legal issues that is pending in this Court in the matter captioned *Cookeville Regional Medical Center v. Leavitt*, D.D.C. No. 1:04-cv-01053-JR (filed June 25, 2004), or in the alternative, until the *Cookeville* case is otherwise dismissed. That previously filed motion has been fully briefed and is awaiting decision. The purpose of this joint motion is both to avoid conflicting decisions and to conserve the resources of the parties and the Court.

　　　This Motion is brought pursuant to this Court's equitable powers and discretion. Pursuant to Local Rule 7(m), the parties have conferred regarding the substance of this Joint Motion. A proposed order is attached.

　　　1.　　This case arises under Title XVIII of the Social Security Act, 42 U.S.C. § 1395 *et seq* ("the Medicare statute"). Plaintiffs seek mandamus relief ordering the Defendant to reopen all of Plaintiffs' cost reports that were the subject of NPRs issued in the three years prior to

January 20, 2000, such that "waiver days" under Tennessee's section 1115 waiver program are included in the Medicare Disproportionate Share Hospital ("DSH") calculation. Plaintiffs contend that such reopening is mandatory pursuant to 42 C.F.R. § 405.1885(b).

2.  Plaintiffs have filed a Motion for Summary Judgment seeking the entry of judgment in their favor. Defendant has filed a Motion to Dismiss, denying that Plaintiffs are entitled to the relief requested. In that Motion, Defendant also relies in part on its interpretation of the Deficit Reduction Act of 2005, Pub. L. No. 109-171, § 5002, 120 Stat. 4, 31 (Feb. 8, 2006) (the "DRA").

3.  The Plaintiffs' response to the Defendant's Motion to Dismiss is currently due on August 24, 2006. The Defendant's response to the Plaintiff's Motion for Summary Judgment is currently due on August 21, 2006.

4.  The issues in this case are in many respects identical to those in another matter pending before this Court. In *Cookeville*, the Plaintiffs also asserted their right to have 1115 "waiver days" included in the Medicare DSH calculation for the same time period. On September 30, 2005, the Honorable James Robertson issued an order granting summary judgment in favor of the plaintiff hospitals in *Cookeville*. The Court subsequently issued a Memorandum Order of October 28, 2005, and an Amended Clerk's Final Judgment was signed and entered on February 2, 2006. On February 13, 2006, the Defendant filed a Rule 59(e) motion to alter the judgment in *Cookeville* in light of recent legislative enactments addressing Medicare DSH payments. The briefing on the Defendant's motion to alter the judgment in *Cookeville* is now complete. Prior to filing his motion to alter the judgment, the Defendant also filed a notice appealing the judgment in *Cookeville*. On March 9, 2006, the United States Court

of Appeals for the District of Columbia Circuit issued an order holding the appeal in *Cookeville* in abeyance pending further order of the Court.

5.   The identical issues include, but are not limited to: (i) whether 1115 waiver days must be included in the DSH calculation in the absence of the DRA, (ii) whether the DRA applies to the cost report periods at issue, and (iii) if the DRA does apply to the cost report periods at issue, does it call for the inclusion or exclusion of the 1115 waiver days.

6.   The present action likely will be significantly impacted by a final ruling on the Motion to Alter Judgment pending in *Cookeville*. The issues in the *Cookeville* case are nearly identical to those in the instant matter, and the parties believe that the relief requested in this Motion would promote efficiency and conserve party and judicial resources.

WHEREFORE, the parties ask that their joint motion be granted and that this matter be stayed until a final ruling is issued in the Motion to Alter Judgment in the *Cookeville* case or until the *Cookeville* case is otherwise dismissed.

Respectfully submitted,

 /s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiffs

- 4 -

      /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


      /s/ Megan L. Rose
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780



DAVID HOSKINS
U.S. Dept. of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid
      Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services

Dated: August 16, 2006