UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al.,<br><br>         Plaintiffs<br>         v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>         Defendant | Case No.: 1:06-cv-00070 (JR) |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion for Stay of Proceedings, and seeing that good cause for such a stay exists, including the conservation of resources of the parties and the Court, it is hereby

ORDERED that the Joint Motion be granted, and it is further ORDERED that this case shall be administratively stayed pending a final resolution of the Motion to Alter Judgment filed by the Defendant in the matter of *Cookeville Regional Medical Center v. Leavitt*, D.D.C. No. 1:04-cv-01053-JR, pending before this Court.

Date: _____                              _____
                                                                United States District Judge