UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al.,<br><br>       Plaintiffs<br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>       Defendant | Case No.: 1:06-cv-00070 (JR) |

### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, by counsel, move this Court for a 7 day enlargement of time in which to respond to the Defendant's Motion to Dismiss, and in support thereof state the following:

1. On or about June 9, 2006, the Defendant filed his motion to dismiss the Complaint, along with a 24-page supporting memorandum.

2. The parties have previously sought and obtained enlargements of time in which to brief the matters in this case. The Defendant has previously received additional time in which to respond to the Plaintiffs' Motion for Summary Judgment. The Plaintiffs were previously granted additional time up to and including August 24, 2006 in which to respond to the Motion to Dismiss.

3. Additionally, the parties have jointly moved the Court to stay this case pending the final resolution of a certain motion in a related case. That joint motion is currently pending.

4. Plaintiffs now seek to extend the time in which they can file their Opposition to the Defendant's Motion to Dismiss by an additional seven (7) days, through and including

- 2 -

August 31, 2006. Plaintiffs further ask that the time in which Defendant may reply to Plaintiffs' Opposition by seven (7) days, through September 21, 2006.

5.Pursuant to Local Rule 7(m), Plaintiffs' counsel has conferred with the Defendant's counsel, who has advised that Defendant does not oppose the relief being sought.

WHEREFORE, Plaintiffs ask that their Motion for Enlargement of Time be granted.

Respectfully submitted,

/s/ Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  August 23, 2006