### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, et al., )<br><br> )<br> Plaintiffs )<br> v. )<br> )<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br> )<br> Defendant )<br> ) | Case No.: 1:06-cv-00070 (JR) |

### ORDER

UPON CONSIDERATION of the Plaintiffs' Unopposed Motion for Enlargement of

Time, and seeing that there is no opposition thereto, it is hereby

ORDERED that the Plaintiffs' Motion be granted, and it is further ordered that the

Plaintiffs will have up to and including August 31, 2006 in which to file their Opposition to the

Defendant's Motion to Dismiss, and that the Defendant will have up to and including September

21, 2006 in which to file his reply to the Plaintiffs' Opposition.


Date: _____                    _____
                                   United States District Judge