## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BH1, et al., | ) |
|     Plaintiffs | ) |
|     v. | ) Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health And Human Services | ) |
|     Defendant | ) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion to Dismiss, and the Plaintiff's Opposition thereto, it is hereby

ORDERED that the Defendant's Motion to Dismiss be DENIED.


Date: _____                              _____
                                             United States District Judge