UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
BHI, et al.,                      :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :  Civil Action No. 06-0070 (JR)
                                  :
MICHAEL O. LEAVITT, Secretary,    :
U.S. Department of Health and     :
Human Services,                   :
                                  :
        Defendant.                :
```

**ORDER**

After the United States Court of Appeals remanded <u>Cookeville Regional Medical Center v. Leavitt</u>, No. 04-1053, to this Court, I issued an order on April 26, 2007 [52], vacating the judgment previously entered for plaintiff in that case and directing the Clerk to enter judgment for the defendant. It is accordingly **ORDERED** that the stay minute order issued in this case on September 13, 2006 is **vacated.**

                                    JAMES ROBERTSON
                                    United States District Judge