UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHI, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     v. | : Civil Action No. 06-0070 (JR) |
| | : |
| MICHAEL O. LEAVITT, Secretary, | : |
| U.S. Department of Health and | : |
| Human Services, | : |
| | : |
|     Defendant. | : |

**ORDER**

No party having taken any action after my order of May 7, 2007, vacating the stay in this action, it is **ORDERED** that plaintiff show cause within 20 days of the date of this order, why this case should not now be dismissed, as controlled by Cookeville Regional Medical Center v. Leavitt, No. 04-1053.

JAMES ROBERTSON
United States District Judge