**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

_____

|                                                        |     |                            |
|--------------------------------------------------------|-----|----------------------------|
| BH1, *et al.*                                          | )   |                            |
|                                                        | )   |                            |
|               Plaintiffs                               | )   |                            |
| v.                                                     | )   |                            |
|                                                        | )   | Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT,                                    | )   |                            |
| Secretary, United States Department of                 | )   |                            |
| Health And Human Services                              | )   |                            |
|                                                        | )   |                            |
|               Defendant                                | )   |                            |

_____)

**PLAINTIFFS' REPORT TO COURT IN RESPONSE TO ORDER OF JUNE 5, 2007
AND MOTION TO REINSTATE STAY**

Plaintiffs, by counsel, submit the following to the Court in accordance with the Order of

June 5, 2007 requiring Plaintiffs to show cause why this case should not be dismissed, and move

the Court for a reinstatement of the stay of proceedings for the reasons set out below.

1.        Plaintiffs filed their complaint on or about January 13, 2006.  Plaintiffs then filed

a Motion for Summary Judgment on June 6, 2006.  The defendant ("the Secretary") filed a

motion to dismiss the Plaintiffs' complaint on or about June 9, 2006.  Plaintiffs filed an

opposition to that motion on or about August 30, 2006.  The Secretary sought and obtained an

extension of time in which to respond to the Plaintiffs' Motion for Summary Judgment.

2.        The parties filed a Joint Motion for Stay of Proceedings on August 16, 2006.  In

that Motion, the parties asked the Court to stay this action pending a final ruling on the Motion to

Alter Judgment filed by the Secretary in the case of *Cookeville Regional Medical Center v.

Leavitt*, No. 1:04-cv-1053 ("*Cookeville*").  The Court granted this Motion on September 13,

2006, and by a minute order entered a stay of proceedings "pending resolution of Cookeville

Regional Medical Center v. Leavitt, D.D.C. No. 1:04-cv-1053."

    3.      On or about April 26, 2007, upon remand from the U.S. Court of Appeals for the

District of Columbia Circuit, this Court entered an order in the *Cookeville* case granting the

Secretary's Motion to Alter Judgment under Fed. R. Civ. P. 60(b) and directing the clerk of court

to enter judgment.  The Court did not enter judgment at that time.

    4.      Following the April 26th order, the plaintiffs in *Cookeville* filed a motion to vacate

this Court's ruling on the Motion to Alter Judgment, arguing that the Secretary's Motion to Alter

Judgment brought under Fed. R. Civ. P. 59(e) was untimely, and that relief under Fed. R. Civ. P.

60(b) was inapplicable.  By order of May 11, 2007, the Court denied the *Cookeville* plaintiffs'

Motion to Vacate.  Judgment was subsequently entered by the Court on May 23, 2007.

    5.      The plaintiff hospitals in *Cookeville* have not yet filed a Notice of Appeal, and

pursuant to Fed. R. App. P. 4(a)(1)(B) they have until July 23, 2007 in which to do so.  Thus, it

too soon to say that there has been a final adjudication of the Secretary's Motion to Alter

Judgment in that case.

    6.      For this reason, Plaintiffs seek to have the stay in this case reinstated at least

through July 23, 2007, until such time when the plaintiffs in *Cookeville* file a Notice of Appeal

or make the determination that no such notice will be filed.  If the plaintiffs in *Cookeville* do file

a Notice of Appeal, then Plaintiffs seek to have the stay in this matter reinstated until such time

as a final, non-appealable judgment is rendered in *Cookeville* or at such time as *Cookeville* is

otherwise resolved by the parties.  In the event that the plaintiffs in *Cookeville* do not file a

Notice of Appeal, Plaintiffs propose to make a further report to the Court on or before July 30,

2007 regarding its intentions with regard to this case.

7.     No party would be prejudiced by the reinstatement of the stay in this case. Furthermore, the entry of a stay would conserve judicial resources, as a final, non-appealable judgment in *Cookeville* would resolve not only that case but also this case and the related case of *Fort Sanders Sevier Medical Center v. Leavitt*, D.D.C. 1:06-cv-00114 (JR).

8.     Counsel for Plaintiffs spoke with counsel for the Secretary prior to filing this Motion but was unable to confirm the Secretary's position with someone who had authority to provide consent for the relief being sought.

WHEREFORE, Plaintiffs ask that their Motion be granted and that the stay in this matter be reinstated and extended through July 30, 2007, at which time Plaintiffs will make a further report to the Court.

Respectfully submitted,

_/s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  June 25, 2007