UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, *et al.* | )<br>)<br>) |
| Plaintiffs | ) |
| v. | )<br>) Case No.: 1:06-cv-00070 (JR) |
| MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services | )<br>)<br>)<br>) |
| Defendant | )<br>) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Reinstate Stay, and any Opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Plaintiffs' Motion be granted, and that all proceedings in this case are stayed through July 30, 2007, and it is further

ORDERED that Plaintiffs are to make a further report to the Court in response to the Court's June 5, 2007 Order on or before July 30, 2007.

Date: _____                              _____
                                              United States District Judge