**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BHI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0070 (JR) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | : |
| Defendant. | : |

**ORDER**

Because the plaintiffs in Cookeville Regional Medical Center v. Leavitt, No. 04-1053, have noticed an appeal from the judgment issued in that case on May 23, 2007, it is **ORDERED** that the unopposed motion of plaintiff for a further stay is **granted** and that all proceedings in this case are stayed pending the decision of the Court of Appeals in Cookeville.

JAMES ROBERTSON
United States District Judge