## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

BH1, **et al.**,                                     )
                                                     )
              **Plaintiffs,**                        )
                                                     )
       **v.**                                        )    **Case No: 06-0070 (JR)**
                                                     )
**MICHAEL O. LEAVITT,**                              )
**SECRETARY, HEALTH AND**                            )
**HUMAN SERVICES,**                                  )
                                                     )
              **Defendant.**                         )
_____ )

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the

appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: December 5, 2007                     Respectfully submitted,


                              _____/s/_____
                              CHARLOTTE A. ABEL, D.C. Bar No. 388582


                              _____/s/_____
                              CHRISTOPHER B. HARWOOD
                              N.Y. Bar No. 4202982
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0372