**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BH1, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     v. | : Civil Action No. 06-0070 (JR) |
| | : |
| MICHAEL O. LEAVITT, Secretary, | : |
| U.S. Department of Health and | : |
| Human Services, | : |
| | : |
|     Defendant. | : |
| _____ | : |
| FORT SANDERS SEVIER MEDICAL | : |
| CENTER, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-0114 (JR) |
| | : |
| MICHAEL O. LEAVITT, Secretary, | : |
| U.S. Department of Health and | : |
| Human Services, | : |
| | : |
|     Defendant. | : |

**ORDER**

The mandate having issued in <u>Cookeville Regional Medical Center v. Leavitt</u>, D.C. Cir. No. 07-5252, the stay in these cases entered 8/20/07 is **vacated**, and the parties are directed to file status reports (jointly, if possible) by **9/5/08**.


                                                JAMES ROBERTSON
                                United States District Judge