UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BH1, *et al.*<br><br>　　　Plaintiffs<br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>　　　Defendant | Case No.: 1:06-cv-00070 (JR) |
| FORT SANDERS SEVIER MEDICAL<br>CENTER<br><br>　　　Plaintiff<br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>　　　Defendant | Case No.: 1:06-cv-00114 (JR) |

## JOINT STATUS REPORT TO COURT
## AND CONSENT MOTION TO REINSTATE STAY

　　　Plaintiffs and Defendant in the above-captioned cases, by counsel, submit the following to the Court in accordance with the Order of August 21, 2008 requesting the filing of a status report.

　　　1.　　Plaintiffs BH1 *et al.* filed their complaint on or about January 13, 2006. Plaintiffs then filed a Motion for Summary Judgment on June 6, 2006. The Defendant ("the Secretary") filed a motion to dismiss the Plaintiffs' complaint on or about June 9, 2006. Plaintiffs filed an

opposition to that motion on or about August 30, 2006. The parties filed a Joint Motion for Stay of Proceedings on August 16, 2006. In that Motion, the parties asked the Court to stay this action pending a final ruling on the Motion to Alter Judgment filed by the Secretary in the case of *Cookeville Regional Medical Center v. Leavitt*, No. 1:04-cv-1053 ("*Cookeville*"). The Court granted this Motion on September 13, 2006, and by a minute order entered a stay of proceedings "pending resolution of Cookeville Regional Medical Center v. Leavitt, D.D.C. No. 1:04-cv-1053."

2.  Plaintiff Fort Sanders Sevier Medical Center filed its complaint on or about January 20, 2006. The Secretary filed a motion to dismiss the Plaintiff's complaint on or about June 14, 2006. Plaintiff filed an opposition to that motion on or about September 6, 2006. The parties then filed a Joint Motion for Stay of Proceedings on September 28, 2006, asking the Court to stay that action pending a final ruling on the Motion to Alter Judgment filed by the Secretary in *Cookeville*. The Court granted this Motion on September 29, 2006, and by a minute order stated that "This case is administratively stayed pending a final resolution of" *Cookeville*.

3.  On or about April 26, 2007, upon remand from the U.S. Court of Appeals for the District of Columbia Circuit, this Court entered an order in the *Cookeville* case granting the Secretary's Motion to Alter Judgment under Fed. R. Civ. P. 60(b) and directing the clerk of court to enter judgment. The Court did not enter judgment at that time.

4.  Following the April 26th order, the plaintiffs in *Cookeville* filed a motion to vacate this Court's ruling on the Motion to Alter Judgment, arguing that the Secretary's Motion to Alter Judgment brought under Fed. R. Civ. P. 59(e) was untimely, and that relief under Fed. R. Civ. P. 60(b) was inapplicable. By order of May 11, 2007, the Court denied the *Cookeville* plaintiffs' Motion to Vacate. Judgment was subsequently entered by the Court on May 23, 2007.

5. Following the entry of judgment by this Court in *Cookeville*, the plaintiffs in that case appealed the judgment to the United States Court of Appeals for the District of Columbia Circuit (No. 07-5252). The Plaintiffs in the above-captioned matters requested, and the Court granted, a stay of these matters pending a ruling by the Court of Appeals in *Cookeville*.

6. The Court of Appeals in *Cookeville* has recently affirmed the ruling of the District Court by judgment entered on July 27, 2008, and a mandate was issued on August 15, 2008.

7. Plaintiffs in the *Cookeville* case have notified the Secretary's counsel of their intent to file a petition for a writ of *certiorari* with the United States Supreme Court, which in the absence of any extension of time granted by the Court will be filed on or before September 25, 2008.

8. Plaintiffs in the above-captioned cases seek to reinstate the stay of these cases pending the outcome of the petition filed with the Supreme Court in *Cookeville*. Should the petition for a writ of *certiorari* be granted, Plaintiffs ask that the stay be maintained in place pending the final ruling of the Supreme Court.

9. No party would be prejudiced by the reinstatement of the stay in these cases. Furthermore, the entry of a stay would conserve judicial resources. If the petition for a writ of *certiorari* is denied, or if upon granting the petition the Supreme Court affirms the decision of the Court of Appeals, such decision will be dispositive as to the above captioned matters. If the petition for a writ of *certiorari* is granted and the Supreme Court rules in favor of the *Cookeville* plaintiffs, the parties in the above-captioned matters will seek to enter a briefing schedule to submit new dispositive motions to this Court.

10. Counsel for Plaintiffs spoke with counsel for the Secretary and was advised that the Secretary consents to the relief being sought in this Motion.

WHEREFORE, Plaintiffs ask that the stay in these matters be reinstated until such time that the United States Supreme Court rules on the petition for a writ of *certiorari* to be filed in the *Cookeville* case, and that the parties be given ten (10) business days from the ruling on the petition in which to file their next status report with the Court. Should the petition be granted, the parties ask that the stay remain in effect pending a decision by the Supreme Court in the *Cookeville* case.

Respectfully submitted,

/s/ Jacqueline E. Bennett
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiffs


/s/ Jeffrey A. Taylor
Jeffrey A. Taylor
United States Attorney
D. C. Bar No. 498610

/s/ Christopher B. Harwood
Assistant United States Attorney
New York Registration No. 4202982
555 Fourth Street, NW
Washington DC 20530
(202) 307-0372
(202) 514-8780 facsimile

/s/ David Hoskins
U.S. Department of Health and Human Services

                                              Office of the General Counsel
                                              Centers for Medicare and Medicaid Services
                                              220 Independence Ave., SW, Room 5309
                                              Washington DC 20001

                                              Attorneys for Defendant, Michael O. Leavitt,
                                              Secretary of Health and Human Services

Dated: September 5, 2008